825 F.2d 414
 Wheeler (Richard A.)
v.
State of California, Dept. of Forestry, State of California,
Board of Forestry, Kuhl (Peter R.), Martinez (John), Vaux
(Henry J.), Cromwell (Dean A.), Martin (Edward F.), Moore
(Howard E.), Scatena (Daniel Robert), Delfino (Kenneth),
Schoenheide (Richard, I), Hunt (Richard H.), Burke (Jerry),
Gromacki (Jerome), Vodonick (John), Williams (Christopher)
 NO. 86-1911
 United States Court of Appeals,
Ninth Circuit.
 AUG 04, 1987
 
 1
 Appeal From: N.D.Cal.
 
 
 2
 AFFIRMED.